UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS STOKES a/k/a JOHN LOUIS HENRY | CIVIL ACTION |
| VERSUS | NO. 12-0244 |
| SHERIFF MARLIN GUSMAN (OPP MEDICAL DEPT.) | SECTION "C"(4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court notes that the plaintiff has been transferred to DOC since filing this suit. Therefore,

**IT IS ORDERED** that the plaintiff Louis Stokes a/k/a John Louis Henry's 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Sheriff Marlin Gusman and personnel in the Orleans Parish Prison Medical Department, be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 28 day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE